UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD RENZI, ET AL.,

    Defendants.
_____/

Case No. 04-80641

Honorable Nancy G. Edmunds

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR DISCOVERY**

At a hearing held on July 20, 2005, this matter came before the Court on Defendants' motion for discovery. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, Defendants' motion is GRANTED IN PART AND DENIED IN PART.

The Government is HEREBY ORDERED to submit a preliminary witness list to Defendants by July 29, 2005;

The Government is FURTHER ORDERED to bring the FTC portion of the requested documents currently stored at the FBI office in Lansing to Detroit by July 29, 2005;

If possible, the Government is to bring all of the requested documents currently stored at the FBI office in Lansing to Detroit by July 29, 2005; and

As the Government put on the record at the hearing, if Defendants want the Michigan State Police to attempt to open and retrieve information on the GENKON hard drive, then the Defendants are to notify the Government of that fact as soon as possible.

The Government is not ordered at this time to identify documents it intends to rely on at trial.

A continued hearing on all additional discovery issues will be heard by the Court on **AUGUST 24, 2005 at 3:00 p.m.**

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  July 21, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2005, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager